IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK MARTIN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>IVAN D. CLAY,<br><br>　　　　Respondent.<br>_____/ | 1:07-CV-0939 OWW SMS (HC)<br><br>ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:　July 23, 2007**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.

**Dated:　July 23, 2007**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1