# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK MARTIN,           ) | 1:07-CV-00939 OWW SMS HC |
|                                        ) | |
|           Petitioner,        ) | |
|                                        ) | ORDER TO PRODUCE STATE COURT DOCUMENTS |
|    v.                                ) | |
|                                        ) | [Doc. #12] |
| IVAN D. CLAY, Warden,  ) | |
|                                        ) | |
|           Respondent.    ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 29, 2007, Petitioner filed a petition for writ of habeas corpus. On August 17, 2007, the Court ordered Respondent to respond to the petition for writ of habeas corpus. In addition, Respondent was ordered by this Court to provide any and all transcripts or other documents necessary to render a decision in this matter in accordance with Rule 5 of the Rules Governing Section 2254 cases. See Order, pg. 2.

On October 16, 2007, Respondent filed a motion to dismiss the petition. In said motion, Respondent directs the Court's attention to certain lodged documents; however, Respondent did not lodge the documents he references. The documents are necessary to render a decision in this matter

1  and thus the Respondent is required to provide them.

2      Accordingly, Respondent is DIRECTED to lodge copies of the documents referenced in his
3  motion to dismiss within ten (10) court days of the date of service of this order.

4  IT IS SO ORDERED.

5  **Dated:   November 6, 2007**         **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE